# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF WEST VIRGINIA
### PROBATION OFFICE

December 10, 2010

**JEFF R. GIVENS**
CHIEF PROBATION OFFICER
320 WEST PIKE STREET, SUITE 110
CLARKSBURG, WV 26301
304-624-5504

P.O. BOX 248
WHEELING 26003
304-232-8474

P.O. BOX 127
ELKINS 26241
304-636-7277

217 W. KING STREET, RM. 310
MARTINSBURG 25401
304-267-0778

PLEASE REPLY TO:
Clarksburg

Honorable Irene M. Keeley
United States District Judge
P. O. Box 2808
Clarksburg, WV 26302-2808

RE:   KELLY, MICHAEL J., SR.
CR. NO. 1:03CR50
Request for Transfer of Jurisdiction

Dear Judge Keeley:

On June 27, 2005, Your Honor sentenced the above named defendant to 24 months imprisonment followed by a 3 year term of supervised release for his convictions of Unlawful Transfer of a Firearm by a Non-Resident, Unlawful Possession of Machine Guns, and Unlawful Possession of Semi-Automatic Assault Weapons.

On December 11, 2009, Mr. Kelly was released from federal custody to begin supervision.  On October 5, 2010, supervision was transferred to the Northern District of Indiana, who is now requesting transfer of jurisdiction of this case.

If you concur with this request, enclosed please find a Probation Form 22, Transfer of Jurisdiction Form, for your use.  Upon completion, please return the signed original to my office so that I may forward it to the District of Maryland.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Heather L. Campbell
U. S. Probation Officer

HLC/lg

Enclosure

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>0424/1:03CR50 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>MICHAEL J. KELLY, SR. | DISTRICT<br><br>West Virginia Northern | DIVISION<br><br>Clarksburg |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br><br>Honorable Irene M. Keeley | | |
|---|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/11/09 | TO<br>12/10/12 |

**OFFENSE**
Unlawful Transfer of a Firearm by a Non-Resident (three counts)
Unlawful Possession of Machine Guns
Unlawful Possession of Semi-automatic Assault Weapon

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

---

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

---

      IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

<br><br>

_____       _____
    *Date*                                           *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

---

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

---

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

<br><br>

_____       _____
   *Effective Date*                                           *United States District Judge*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

Derek E. Plants
Chief U.S. Probation & Pretrial Services Officer

Hammond Office
5400 Federal Plaza, Suite 1000
Hammond, IN 46320
Tel: 219-852-3620
Fax: 219-852-3750



Fort Wayne Office
1300 S. Harrison Street, Rm 3134
Fort Wayne, IN 46802
Tel: 260-423-3200
Fax: 260-423-3217

South Bend Office
204 S. Main Street, Rm 105
South Bend, IN 46601
Tel: 574-246-8130
Fax: 574-246-8136

December 10, 2010

Reply to:  Hammond Office

Ms. Heather Campbell
U.S. Probation Office
Clarksburg Federal Center
320 West Pike St., Suite 110
Clarksburg, WV  26301

RE: KELLY, Michael
Dkt. No.: 1:03 CR 00050
**Request for Transfer of Jurisdiction**

Dear Ms. Campbell:

Since Mr. Kelly was transferred to our district in October 2010, his situation has become stable.  He is no longer living out of a hotel and has established a permanent residence.  Mr. Kelly has also moved his wife and there personal belongings from West Virginia, and his wife may possibly be hired by Mr. Kelly's company in the near future.  With the recent purchasing of a home and his lucrative employment, it appears Mr. Kelly is going to stay in the Northern District of Indiana, throughout his remaining term of supervision, therefore, I would ask that your office initiate transfer of jurisdiction.

If you have any questions or concerns, please contact me at 219-852-3648.  Thank you for your assistance.

Sincerely,

Robert C. Bono
U. S. Probation Officer

RCB/rcb